**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: March 25, 2011**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | | |
|---|---|---|---|---|
| In re: | **JUANITA J SMITH** | : | Case No. | 10-54127 |
| | | : | Chapter | 13 |
| | Debtor(s) | : | Judge Preston | |

### AGREED ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM #21 FILED BY OHIO DEPARTMENT OF TAXATION (DOC #42) AND OHIO DEPARTMENT OF TAXATION'S RESPONSE THERETO (DOC #43)

This cause came on for hearing on March 23, 2011, on the Debtors' Objection to Proof of Claim #21 Filed by Ohio Department of Taxation (Doc #42) and the Ohio Department of Taxation's Response to Objection of Claim by Debtor (Doc #43).

Upon the agreement of the parties, the Proof of Claim #21 as filed by the Ohio Department of Taxation on or about September 1, 2011, shall be modified and treated as follows:

1. **1999 Income Tax**. Income Tax Assessment XXXXX5338 for the Period of 1/1/1999 through 12/31/1999 shall be **allowed in the amount of $1,766.00** and shall be **treated as Non-Priority Unsecured Debt**.

2. **2007 School District Tax**. School District Tax Assessment XXXXX1105 for the Period of 1/1/2007 through 12/31/2007 shall be **allowed in the amount of $486.00**, of which **$336.00 shall be treated as Priority Tax Debt** and **$150.00 shall be treated as Non-Priority Unsecured Debt**.

3. **2006 School District Tax**. School District Tax Assessment XXXXX4045 for the Period of 1/1/2006 through 12/31/2006 shall be **allowed in the amount of 564.36**, of which **$434.89 shall be treated as Priority Tax Debt** and **$129.47 shall be treated as Non-Priority Unsecured Debt**.

4. **2001 – 2007 Income Tax**. Income Tax Assessment XXXXX3522 for the Period of 1/1/2001 through 12/31/2007 shall be treated as follows:

    a. **2001 Income Tax**. The portion thereof allocated to the Period of 1/1/2001 through 12/31/2001 shall be **allowed in the amount of $3,460.40** and shall be **treated as Non-Priority Unsecured Debt**.

    b. **2003 Income Tax**. The portion thereof allocated to the Period of 1/1/2003 through 12/31/2003 shall be **allowed in the amount of $2,513.20** and shall be treated as **Non-Priority Unsecured Debt**.

    c. **2007 Income Tax**. The portion thereof allocated to the Period of 1/1/2007 through 12/31/2007 shall be **disallowed in full**.

5. **2005 School District Tax**. School District Tax Assessment XXXXX8900 for the Period of 1/1/2005 through 12/31/2005 shall be **allowed in the amount of $201.31**, of which **$51.31 shall be treated as Priority Tax Debt** and **$150.00 shall be treated as Non-Priority Unsecured Debt**.

6. **2008 School District Tax**. School District Tax Assessment XXXXX0270 for the Period of 1/1/2008 through 12/31/2008 shall be **allowed in the amount of $352.86**, of which **$167.11 shall be treated as Priority Tax Debt** and **$185.75 shall be treated as Non-Priority Unsecured Debt**.

Accordingly, the Chapter 13 Trustee shall adjust it claim records as set forth herein and shall pay on the aforesaid Proof of Claim as appropriate under any confirmed Chapter 13 Plan.

**IT IS SO ORDERED.**

Approved:

/s/ Michael T. Gunner
Michael T. Gunner (0002078), Attorney for Debtor
130 E. Wilson Bridge Rd., Ste. 200
Worthington, OH 43085
hilliardlaw@hotmail.com


/s/ Gregory S. Pope
Gregory S. Pope (0065081), Attorney for Ohio Dept of Tax
98 County Line Road West, Suite A
Westerville, OH 43082
Bankruptcy@Pope-Law-Offices.com

Copies to: Default List

###