**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:   JUANITA J SMITH                                         Case No: 10-54127
          5404-A ARMISTEAD LN
          DUBLIN, OH  43017                                       Chapter 13

                                                                             Judge: C KATHRYN PRESTON

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT**
**AND CASE HISTORY**

The above case having been COMPLETED on December 05, 2014. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form. The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order. The form can be viewed on the Trustee's website at www.13network.com.

                                                                   /s/ Frank M. Pees
                                                                   FRANK M. PEES TRUSTEE
                                                                   130 E WILSON BRIDGE RD #200
                                                                   WORTHINGTON, OH  43085-6300
                                                                   (614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:   JUANITA J SMITH                                          Case No: 10-54127
         5404-A ARMISTEAD LN
         DUBLIN, OH  43017                                        Chapter 13

                                                                  Judge: C KATHRYN PRESTON

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on April 09, 2010.
The plan was confirmed on May 26, 2011.
The Case was concluded on December 05, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        11,721.60

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 7.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ADT Security 00005   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| AEP 00006   Administrative Priority | 69.00 | 69.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BK 00008   Unsecured | 13.98 | 13.98 | 0.00 | 0.00 |
| Asset Acceptance LLC 00009   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00051   Priority | 989.31 | 989.31 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00050   Unsecured | 584.84 | 584.84 | 0.00 | 0.00 |
| Capital One Bank 00013   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Central Ohio Primary Care CBO 00014   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL 00002   Unsecured | Surrendered | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---:|---:|---:|---:|
| CITIFINANCIAL 00001       Secured-506 | 2,000.00 | 2,000.00 | 225.94 | 0.00 |
| CITIFINANCIAL 10001       Unsecured | 587.93 | 587.93 | 0.00 | 0.00 |
| CITIFINANCIAL 00018       Claim Withdrawn | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL 00019       Claim Withdrawn | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF COLUMBUS 00021       Unsecured | 12.62 | 12.62 | 0.00 | 0.00 |
| Columbia Gas Of Ohio 00020       Unsecured | 7.20 | 7.20 | 0.00 | 0.00 |
| Columbus Cardiology C-East 00022       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Dell Financial Services 00023       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK 00024       Unsecured | 202.69 | 202.69 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00010       Unsecured | 167.92 | 167.92 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00011       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00012       Unsecured | 104.21 | 104.21 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00060       Unsecured | 413.86 | 413.86 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00061       Unsecured | 274.62 | 274.62 | 0.00 | 0.00 |
| Emergency Services, Inc. 00025       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Emergency Services, Inc. 00026       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Emergency Services, Inc. 00027       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Insight 00029       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS 00030       Unsecured | 8.33 | 8.33 | 0.00 | 0.00 |
| JUANITA J SMITH 00000       Debtor Refund | 0.00 | 197.52 | 0.00 | 0.00 |
| KEPLAR LAWN CARE 00033       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Lab Corp 00034       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00036       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00037       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00038       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00039       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---:|---:|---:|---:|
| MT CARMEL HEALTH 00040    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00041    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00042    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Northeast Ohio Naturtal Gas Corp 00044    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Department Of Taxation 00045    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Department Of Taxation 00047    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Department of Taxation 00048    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Department of Taxation 00052    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ONE CALL LAWN CARE 00053    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00043    Unsecured | 503.96 | 503.96 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00017    Unsecured | 121.84 | 121.84 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00028    Unsecured | 909.72 | 909.72 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00015    Unsecured | 264.49 | 264.49 | 0.00 | 0.00 |
| PRA Receivables Management, LLC 00016    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Radiology Incorporated 00054    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Radiology Incorporated 00055    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Radiology Incorporated 00056    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Radiology Incorporated 00057    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Rebecca L. Daum 00046    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEMS 00035    Unsecured | 11.68 | 11.68 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEMS 00031    Unsecured | 10.64 | 10.64 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEMS 00032    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES 00007    Unsecured | 238.10 | 238.10 | 0.00 | 0.00 |
| Rossman & Co. 00058    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| SOUTH CENTRAL POWER 00059    Unsecured | 6.73 | 6.73 | 0.00 | 0.00 |
| STATE FARM BANK FSB 00003    Secured-506 | 813.44 | 813.44 | 91.90 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|---|
| United Collection Bureau, Inc.<br>00049 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE<br>00004 | Unsecured | Surrendered | 0.00 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | | 197.52 | 197.52 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 2,813.44 | 1,058.31 | 63,504.96 | 0.00 | 197.52 | 67,574.23 |
| PRIN PAID | 2,813.44 | 1,058.31 | 4,445.36 | 0.00 | 197.52 | 8,514.63 |
| INT PAID | 317.84 | 0.00 | 0.00 | 0.00 | | 317.84 |
| | | | | | TOTAL PAID: | 8,832.47 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Michael T Gunner | 2,500.00 | 2,500.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 538.50 | 0.00 | 48.15 | 586.65 |

Dated:  12/18/2014

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:  JUANITA J SMITH                                                             Case No: 10-54127
        5404-A ARMISTEAD LN
        DUBLIN, OH  43017                                                         Chapter 13

                                                                                                                                             Judge: C KATHRYN PRESTON

---

### CERTIFICATION AND OPPORTUNITY TO OBJECT

---

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                                                                                                        /s/ Frank M. Pees
                                                                                                         FRANK M. PEES TRUSTEE
                                                                                                         130 E WILSON BRIDGE RD #200
                                                                                                         WORTHINGTON, OH  43085-6300
                                                                                                         (614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  JUANITA J SMITH  
       5404-A ARMISTEAD LN  
       DUBLIN, OH  43017

Case No: 10-54127

Chapter 13

Judge: C KATHRYN PRESTON

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2014, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee  
Frank M. Pees  
Michael T Gunner

and on the following by **ordinary U.S. Mail** addressed to:

JUANITA J SMITH  
5404-A ARMISTEAD LN  
DUBLIN, OH  43017

**See Creditor Matrix**  
**All Creditors and Parties in Interest**

CitiFinancial, Inc.
CitiFinancial, Inc
PO Box 140489
Irving, TX  750140489

National Capital Management, LLC
8245 Tournament Drive
Suite 230
Memphis, TN  381250000

Ohio Department of Taxation
,  000000000

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA  235410000

Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  331310000

Wells Fargo Bank, N.A.
,  000000000

 CitiFinancial, Inc
P.O. Box 140489
Irving, TX  750140489

ADT Security
PO Box 650485
Dallas, TX  752650000

AEP
PO Box 24401
Canton, OH  447014401

American Electric Power
PO Box 2021
Roanoke, VA  240222121

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA  193550000

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA  193550701

Asset Acceptance LLC
PO Box 2036
Attn: Bankruptcy Dept.
Warren, MI  480902036

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

COLUMBIA GAS OF OHIO
200 CIVIC CENTER DRIVE, 11TH
FLOOR
COLUMBUS, OH  432150000

Capital One Bank
Attn: c/o TSYS Debt Management
PO Box 5155
Norcross, GA  300910000

Central Ohio Primary Care CBO
PO Box 712505
Cincinnati, OH  452710000

Citi
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO  649150000

CitiFinancial
PO Box 499
Hanover, MD  210760000

CitiFinancial, Inc.
6003 East Main Street
Columbus, OH  432130000

CitiFinancial, Inc.
PO Box 70919
Charlotte, NC  282720919

CitiFinanical
PO Box 499
Hanover, MD  210760000

Citibank USA
attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO  641950000

Citifinancial
1256 Hill Road North
Pickerington, OH  431478984

Citifinancial
Regional Specific Please Call
,  800922000

City of Columbus
Dept of Public Utilities
910 Dublin Rd
Columbus, OH  432150000

City of Columbus Dept of Public Utilities
910 Dublin Rd
Columbus, OH  432150000

Columbia Gas
PO Box 9001847
Louisville, KY  402901847

Columbus Cardiology C-East
PO Box 951139
Cleveland, OH  441930000

Dell Financial Services
Attn: Bankruptcy Dept.
12234 North IH35
Austin, TX  787530000

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, OH  430543025

Discover Financial
Attn: Bankruptcy Depatment
PO Box 3025
New Albany, OH  430540000

Emergency Services, Inc.
PO Box 713189
Columbus, OH  432710000

GE Money Bank
c/o Recovery Management Systems
Corporat
25 SE 2nd Ave Suite 1120
Miami, FL  331311605

HSBC/RS
HSBC Retail Services,   Attn: Bankruptcy
PO Box 15522
Wilmington, DE  198500000

Household Realty Corp.
c/o PRA Receiveable Management, LLC
PO Box 12907
Norfolk, VA  235410000

Insight
PO Box 740273
Cincinnati, OH  452740273

JC Penney
Attn: Bankruptcy Dept
PO Box 103106
Roswell, GA  300760000

Keplar Lawn Care
PO Box 072106
Columbus, OH  432070000

LVNV Funding LLC its successors and assigns
assignee of American Express Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Lab Corp
PO Box 2240
Burlington, NC  272162240

Lowes/MBGA
attn: Bankrutpcy Department
PO Box 103106
Roswell, GA  300760000

Mount Carmel Health
PO Box 89458
Cleveland, OH  441016458

Mount Carmel Health
Self Pay Realization
6150 East Broad Street, 2nd Floor
Columbus, OH  432130000

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN  381250000

National City Bank
PO Box 94982
Cleveland, OH  441010000

National City Card Services
1 National City Parkway
Kalamazoo, MI  490090000

Northeast Ohio Naturtal Gas Corp
PO Box 94824
Cleveland, OH  441014824

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Department of Taxation
Compliance Division
PO Box 182401
Columbus, OH  432182401

Ohio Department of Taxation
Compliance Division
PO Box 182402
Columbus, OH  432182402

Ohio Department of Taxation
PO Box 182401
Columbus, OH  432182401

One Call Lawn Care
PO Box 85
Amlin, OH  430020000

PNC Bank
P.O. Box 94982
Cleveland, OH  441010000

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
NORFOLK, VA  235410000

Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL  331311605

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA  235410000

Radiology Incorporated
Department L-647
Columbus, OH  432600001

Rebecca L. Daum
Ohio Department of Taxation
PO Box 530
Columbus, OH  432160530

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  331311605

Recovery Management Systems Corporation
For GE Money Bank
25 SE 2nd Ave., Ste. 1120
Miami, FL  331310000

Rossman & Co.
3592 Corporate Dr., Ste. 10
Columbus, OH  432310000

South Central Power Co.
PO Box 250
Lancaster, OH  431300000

State Farm Bank FSB
Attn: BBC Bankruptcy
PO Box 2328
Bloomington, IL  617022328

State Farm Financial Services
Attn: Loan Servicing
PO Box 5961
Madison, WI  537050000

United Collection Bureau, Inc.
PO Box 165009
Columbus, OH  432165009

Washington Mutual/Providian
Attn: Bankruptcy Dept
PO Box 10467
Greenville, SC  296030000

Wells Fargo Bank
PO Box 5445
Portland, OR  972280000

Wells Fargo Bank, NA
c/o Manley, Deas, Kochalski LLC.
P.O. Box 165028
Columbus, OH  432165028

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept. MACX7801-03K
3476 Stateview Blvd.
Fort Mill, SC  297150000

Wells fargo Bank, NA
One Home Campus
MAC X2501-01F
Des Moines, IA  503280001

eCAST Settlement Corporation assignee of Cap
One Bank
POB 35480
Newark, NJ  071935480

eCAST Settlement Corporation assignee of Cha
Bank USA NA successor by merger to Washington Mutual
POB 35480
Newark, NJ  071935480

eCAST Settlement Corporation assignee of Wel
Fargo Card Services
POB 35480
Newark, NJ  071935480

eCast Settlement Corporation
PO Box 35480
Newark, NJ  071935480

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Juanita J Smith
5404-A Armistead Lane
Dublin, OH  430170000

Michael T Gunner
3535 Fishinger Blvd
Suite 220
Hilliard, OH  430260000